# United States District Court

EASTERN DISTRICT OF WISCONSIN

**MICHAEL BRUM,**

        Petitioner,

        V.

**UNITED STATES OF AMERICA**,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **07-C-196**
                  **(98-Cr-165)**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Michael Brum's petition pursuant to Title 28, United States Code, Section 2241, is DENIED. This action is hereby DISMISSED.**

| | |
|---|---|
|   July 9, 2007 |   JON W. SANFILIPPO |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |